IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15. ELISIA LLAMAS

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss Counts One, Eighty-Nine, Ninety, and Ninety-One [Docket No. 1487]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts One, Eighty-Nine, Ninety, and Ninety-One [Docket No. 1487] is granted. Counts One, Eighty-Nine, Ninety, and Ninety-One of the First Superseding Indictment are dismissed as to defendant Elisia Llamas.

DATED June __/__, 2011.

                              BY THE COURT:

                              _____
                              PHILIP A. BRIMMER
                              United States District Judge