IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-15

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

15. ELISIA LLAMAS,

        Defendant.

**ORDER TO QUASH PETITION FOR ISSUANCE OF SUMMONS DUE TO VIOLATIONS OF SUPERVISED RELEASE**

      THIS MATTER is before the Court upon the report of the probation officer regarding the disposition of the defendant's new law violation. On May 22, 2012, a supervised release violation summons was issued based primarily on the defendant's new law violation, which if found guilty, would have constituted a Class B violation and mandatory revocation. On July 20, 2012, the defendant pleaded guilty to a lesser charge of Driving Under Restraint-Alcohol-Related, which constitutes a Class C violation of supervised release. The defendant was sentenced to 30 days jail with work release authorization, to run concurrent to a pending probation violation in Weld County Court, Case Number 09CR1057, which she was also sentenced on the same day to 100 days of work release. In light of the punitive sanctions she received by the state and revocation no longer being mandatory, it is hereby

      ORDERED that the Petition for Issuance of Summons due to Violations of Supervised Release be quashed and her supervised release be terminated.

      DATED this  21st  day of August, 2012.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge